COURT
OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

                                        NO. 2-09-054-CV

 

IN RE TOUCHSTONE                                                             RELATORS

COMMUNICATIONS ‑ II, LLC, 

TOUCHSTONE PAKISTAN 

(PRIVATE) LIMITED, TOM 

SLONE AND MIKE MEYER

 

                                              ------------

                                    ORIGINAL
PROCEEDING

                                              ------------

                                MEMORANDUM
OPINION[1]

                                              ------------

The
court has considered relators=
petition for writ of mandamus and is of the opinion that relief should be
denied.  Accordingly, relators=
petition for writ of mandamus is denied.

Relators
shall pay all costs of this original proceeding, for which let execution issue.

PER CURIAM

 

 

PANEL: 
CAYCE, C.J.; MCCOY and MEIER, JJ. 

 

DELIVERED: 
April 23, 2009











    [1]See
Tex. R. App. P. 47.4.